IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR426 |
| v. | ) | |
| JAMES L. BENNETT, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 5) indicating that this case is related to 8:05CR396 *United States v. Lenado Summage.* For good cause shown, this case will be reassigned as follows.

**IT IS ORDERED** that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and pretrial matters.

**DATED: December 22, 2005**

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge