# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:05CR426 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| James L. Bennett, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant James Bennett's Amended Motion for Drug Addiction Evaluation and Treatment (#20). The motion is denied without hearing.

The proposed plan of release, absent electronic monitoring, was denied by Order (#19) on January 18, 2006 and the addition of electronic monitoring to the proposed plan fails to rebut the presumption of detention under 18 U.S.C. § 3142(e). This is especially true given the defendant's five (5) prior felony convictions.

**IT IS ORDERED:**

1. The defendant's Amended Motion for Drug Addiction Evaluation and Treatment (#20) is denied without hearing.

Dated this 27th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge