IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR426** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JAMES L. BENNETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's "motion for detention hearing" (Filing No. 41). The Defendant requests release for one weekend to spend time with his infant son and fiancé prior to sentencing.

IT IS ORDERED that the Defendant's "motion for detention hearing" (Filing No. 41) is denied.

DATED this 5th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge