## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR426 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES L. BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions to reduce sentence pursuant to crack cocaine Amendment 706 (Filing Nos. 56, 59).  The Federal Public Defender was appointed.  (Filing No. 57.)  Defense counsel has entered an appearance. (Filing No. 61.)

IT IS ORDERED:

1.      Counsel for both parties must submit either simultaneous briefs or a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's motion to reduce sentence pursuant to crack cocaine Amendment 706 (Filing No. 56, 59);

2.      If the Probation Office has not already submitted a worksheet to the Court and counsel, one will be submitted within thirty (30) days from the date of this order; and

3.      The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 10th day of June, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge