IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR426 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JAMES L. BENNETT, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to reconsider (Filing No. 88) the Court's decision in the previously filed memorandum and order denying the Defendant's motion filed under 28 U.S.C. § 2255.

After careful consideration,

IT IS ORDERED that the Defendant's motion to reconsider (Filing No. 88) is denied.

DATED this 18th day of December, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge